# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-889
Lower Tribunal No. 13-20429
_____

## U.S. Bank National Association, etc.,
Appellant,

vs.

## Richard Vair and Betty Vair, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Burr & Forman, LLP, and Nicholas S. Agnello and Christine Irwin Parrish (Fort Lauderdale); Burr & Forman, LLP, and Reid S. Manley (Birmingham, Alabama), for appellant.

Richards Goldstein LLP, and Richard L. Richards and Jason Goldstein, for appellees.

Before SHEPHERD, SALTER and SCALES, JJ.

PER CURIAM.

Relying on the original panel decision in <u>Deutsche Bank Trust Co. Americas v. Beauvais</u>, the trial court entered a final judgment in favor of the defendants below, Richard Vair and Betty Vair. In view of this Court's recent *en banc* decision in the <u>Beauvais</u> case, <u>Deutsche Bank Trust Co. Americas v. Beauvais</u>, No. 3D14-575 (Fla. 3d DCA April 13, 2016) (withdrawing and replacing the original panel decision), we reverse the final judgment.

Reversed and remanded.